BETTY KIRK, CHARLES KIRK, Jr., KATHLEEN STAPP, AND CHARLES WHEELER, APPELLANTS, v. MICHAEL WARREN, RESPONDENT.

No. 7896

June 12, 1975          535 P.2d 1291

*G. C. Backus,* of Reno, for Appellants.

*Goldwater Hill Mortimer Sourwine & Pinkerton,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

The appellants have cited a paucity of relevant legal authority concerning the assigned errors. Our independent review of the record leads us to find that the appeal is without merit.

Affirmed.